IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

TRISHA SPRAYBERRY,

        Plaintiff,

v.

PORTFOLIO RECOVERY ASSOCIATES, LLC,

        Defendant.

No. 3:17-cv-00111-SB
3:17-cv-00112-SB

ORDER

HERNÁNDEZ, District Judge:

    Magistrate Judge Beckerman issued an Amended Findings and Recommendation on May 7, 2021, in which she recommends that this Court grant Defendant's Motions for Summary Judgment and deny Plaintiff's Motions for Partial Summary Judgment. F&R, Case No 3:17-cv-00111-SB, ECF 107; F&R, Case No. 3:1-cv-00112-SB, ECF 137. The matter is now before the Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

1 - ORDER

Plaintiff filed timely objections to the Magistrate Judge's Findings and Recommendation. Pl. Obj., Case No 3:17-cv-00111-SB, ECF 123; Pl. Obj., Case No. 3:17-cv-00112-SB, ECF 144. When any party objects to any portion of the Magistrate Judge's Findings & Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate Judge's report. 28 U.S.C. § 636(b)(1); *Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).

The Court has carefully considered Plaintiff's objections and concludes that there is no basis to modify the Findings & Recommendation. The Court has also reviewed the pertinent portions of the record *de novo* and finds no error in the Magistrate Judge's Findings & Recommendation.

## CONCLUSION

The Court ADOPTS Magistrate Judge Beckerman's Amended Findings and Recommendation in Case No. 3:17-cv-00111-SB [107] and Case No. 3:17-cv-00112-SB [137]. Therefore, Defendant's Motions for Summary Judgment in Case No. 3:17-cv-00111-SB [71] and Case No. 3:17-cv-00112-SB [103] are GRANTED and Plaintiff's Motions for Partial Summary Judgment in Case No. 3:17-cv-00111-SB [65] and Case No. 3:17-cv-00112-SB [99] are DENIED.

IT IS SO ORDERED.

DATED: November 2, 2021.

MARCO A. HERNÁNDEZ
United States District Judge