IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| TRISHA SPRAYBERRY, on behalf of herself and others similarly situated,<br><br>    Plaintiff,<br><br>        v.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC,<br><br>    Defendant. | Case No. 3:17-cv-00111-SB<br>Case No. 3:17-cv-00112-SB<br><br>**JUDGMENT** |

    Based on the Order of the Court (ECF No. 117 in Case No. 3:17-cv-00111-SB and ECF No. 147 in Case No. 3:17-cv-00112-SB), it is ORDERED and ADJUDGED that this case is DISMISSED with prejudice.

    DATED this __15_ day of November, 2021.

                                                   HON. MARCO A. HERNÁNDEZ
                                                   United States District Judge